ILND 450 (Rev. 10/13) Judgment in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Jose Daniel Suarez Hernandez,

Plaintiff(s),

v.

Noem, Secretary, U.S. Department of Homeland
Security et al,

Defendant(s).

Case No.  1:25-cv-14141
Judge Thomas M. Durkin

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

     which ☐ includes        pre–judgment interest.
     ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐     in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒     other: The Court has reviewed the joint status report [15], which indicates that Petitioner was given a bond hearing on 12/12/2025 and released from custody on 12/15/2025. Civil case terminated.

---

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☐ decided by Judge        on a motion

Date:  12/16/2025

Thomas G. Bruton, Clerk of Court

E. Wall, Deputy Clerk